IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPFANIE MCCAFFREY : CIVIL ACTION
: NO. 17-460
v. :
:
WINDSOR AT WINDERMERE :
LIMITED PARTNERSHIP, et al. :

## ORDER

AND NOW, this  15th   day of November, 2017, upon consideration of the renewed

motion to dismiss plaintiff Stepfanie McCaffrey's second amended complaint for lack of

jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure by defendants

Windsor at Windermere Limited Partnership (WWLP) and Windsor at Windermere Investors

Corporation (WWIC), Dkt. No. 35, plaintiff's original opposition and brief in opposition, Dkt.

Nos. 17 and 19, plaintiff's renewed answer to WWLP and WWIC's motion to dismiss, Dkt. No.

42, defendant WWLP's reply, Dkt. No. 21 and WWLP's motion to renew its previously filed

reply Dkt. No. 45, and consistent with the accompanying memorandum of law, it is ORDERED

that:

1.  WWLP's motion to renew its previously filed reply, Dkt. No. 45, is GRANTED;

2.  the renewed motion to dismiss by WWLP and WWIC, Dkt. No. 35, is
    GRANTED IN PART and DENIED IN PART as follows:

    a.  the motion is GRANTED to the extent that it seeks to dismiss plaintiff's
        claims against WWIC.  Plaintiff's claims against WWIC are DISMISSED
        without prejudice; and

    b.  the motion is DENIED to the extent that it seeks to dismiss plaintiff's
        claims against WWLP.


_____ /s/ Gerald Austin McHugh
United States District Judge