IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPFANIE MCCAFFREY              :          CIVIL ACTION
                                 :          NO. 17-460
        v.                       :
                                 :
WINDSOR AT WINDERMERE            :
LIMITED PARTNERSHIP, et al.      :

## ORDER

AND NOW, this 15th   day of November, 2017, it is ORDERED that, consistent with the

accompanying memorandum of law:

1.     Defendant Windsor Property Management Company's (WPMC's) motion to
       strike plaintiff Stepfanie McCaffrey's new brief in opposition to WPMC's motion
       to dismiss, Dkt. No. 43, is GRANTED and the Clerk of Court shall STRIKE the
       brief plaintiff filed at docket number 41-1;

2.     WPMC's motion to renew its reply in support of its motion to dismiss, Dkt. No.
       44, is GRANTED;

3.     WPMC's renewed motion to dismiss plaintiff's complaint, Dkt. No. 36, is
       DENIED[1];

4.     WPMC's renewed motion to strike plaintiff's praecipe to issue a summons, Dkt.
       No. 37, is DENIED;

4.     Plaintiff's motion for an extension of time to re-serve WPMC, Dkt. No. 40, is
       GRANTED.  Plaintiff shall effectuate service on WPMC in accordance with Rule
       4 of the Federal Rules of Civil Procedure within fourteen days of the date of this
       Order.


                                             _____/s/ Gerald Austin McHugh
                                             United States District Judge


---

[1]        In deciding WPMC's motion to dismiss, the Court considered plaintiff's
previously filed opposition and brief in opposition, Dkt. Nos. 16 and 18, and WPMC's
previously filed reply, Dkt. No. 20, which was re-filed at docket number 44-1.